IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

CARL L. BURDICK,

Defendant.

**INFORMATION**
**(Felony)**

Violation:
18 U.S.C. § 2423(a)

## COUNT 1

### The United States Attorney Charges That:

Between on or about July 1, 2015, and on or about July 31, 2015, in the Western District of New, and elsewhere, the defendant, **CARL L. BURDICK,** did knowingly transport an individual who had not attained the age of 18 years, that is F.M., a person known to the United States Attorney, in interstate commerce from Wayne County, New York, to the State of Montana, with intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2423(a).**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the offense alleged in Count 1 of this Information, the Defendant, **CARL L. BURDICK**, pursuant to Title 18, United States Code Section 2428, shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate, directly or indirectly, the commission of the offense.

The property to be forfeited includes, but is not limited to, the following

a.     One, Samsung Galaxy Core Prime Cellular Telephone with IMEI No. 990005862097350.

**All pursuant to Title 18, United States Code, Section 2428.**

DATED:   Rochester, New York, May  16 , 2017.

JAMES P. KENNEDY, JR.
Acting United States Attorney
Western District of New York

BY:

KYLE P. ROSSI
Assistant United States Attorney
United States Attorney's Office
100 State Street, Suite 500
Rochester, New York 14614
(585) 263-6760
Kyle.Rossi@usdoj.gov